No. 01–9574. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9579. DIXON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–9644. BROWN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–9647. BARNES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9668. PHILLIPS v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 01–9698. WOOTEN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 01–9779. SHAW v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–9795. CHILDS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–9827. DUNCAN v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–9840. AYALA-CERDA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–9855. ROBERSON v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 01–9880. RASTEN v. BOURNEWOOD HOSPITAL ET AL.; and No. 01–10472. RASTEN v. GOLDBERG ET AL. C. A. 1st Cir. Certiorari denied. Reported below: 15 Fed. Appx. 1.

No. 01–9887. ORTIZ CAMERON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–9910. MCCORMICK v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 01–9913. THACKER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.